**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**AUBREY HICKS** **PETITIONER**

**V.** **NO. 4:25-CV-168-DMB-DAS**

**BURL CAIN** **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the "Opinion and Order" entered this day, this case is dismissed without prejudice.

**SO ORDERED**, this 23rd day of September, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**